SIGMUND WECHSLER v. OSCAR J. CAHN.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

THE LEFFINGWELL REAM CO., INC., v. THE MENTER CO., INC.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

NEW HOWARD MFG. CO., INC., v. ABDO COHEN and Others.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

TATIOS J. KRIKORIAN v. VARTAN FERMANIAN.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

HERBERT STERN v. EDMUND SCHWARZ.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

JOSEPH BULOVA v. LEOPOLD ZIMMERMANN and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

CARL GOEPEL and Others v. LEOPOLD ZIMMERMANN and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

LOUIS SPINGARN v. EMPIRE CITY MORTGAGE AND HOLDING COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

SATIRIOS KATSINADELIS v. JOSEPH GOLDBERG and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

LOUISE C. SMITH v. WILLIAM E. SMITH.— Motion granted; question certified. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

MORTON H. MEINHARD v. WALTER J. SALMON and Others.— Motion granted and stay vacated. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

In the Matter of JACOB JUNG, Deceased.— Motion granted. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

PAUL D. HERWIT and Others v. JAMES L. CLARK and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

ARTHUR E. DOWLER v. LONDON COUNTY, WESTMINSTER & PARR'S BANK, LTD., and Others.— Motion granted. Settle order on notice. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

WEMYSS FURNITURE COMPANY v. SOL H. STROBER.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

In the Matter of BENJAMIN F. SCHWARTZ, an Attorney.— Motion granted. Settle order on notice. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

INTERNATIONAL COAL PRODUCTS CORPORATION v. JAMES F. FARGO, as Treasurer, etc.— Motion denied. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.